■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASSAN SCOTT, Appellant. [678 NYS2d 725] —Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered July 24, 1995, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5½ to 11 years, unanimously affirmed.

The court's *Sandoval* ruling constituted an appropriate exercise of discretion where the two prior convictions about which inquiry was permitted, and their underlying facts, bore directly on defendant's credibility (*see, People v Bennette*, 56 NY2d 142).

We perceive no abuse of sentencing discretion. Concur—Lerner, P. J., Sullivan, Mazzarelli, Andrias and Saxe, JJ.